# United States Bankruptcy Court
### District of Massachusetts

In re  **Steven Albert LaRocco**
       **Christine Marie LaRocco**
                                    Debtor(s)

Case No.  **10-43867**
Chapter   **7**

## NOTICE OF CONTINUED HEARING

The hearing scheduled for January 13, 2011 at 10:00am on Federal National Mortgage Association's Motion for Relief from Stay has been continued to February 17, 2011 at 10:00am at the Donahue Federal Building, 595 Main Street, Room 211, Worcester, Massachusetts.

January 13, 2011

/s/ Marla R. Margolis
Marla R. Margolis
BBO# 633149
The Law Office of Marla R. Margolis
PO Box 10039
Bedford, NH 03110
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
marla@massdebtrelief.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2011, a copy of  Notice of Continued Hearing   was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Spencer Town Hall
157 Main Street
Spencer, MA 01562

First Tenn
607 Market Street
Knoxville, TN 37902

Orlans Moran PLLC
P.O. Box 962169
Boston, MA 02196

LBPS
 PO Box 4121
 Beaverton, OR 97076

Josef Culik
100 Cummings Center
Suite 425G

                      Marla R. Margolis
                      /s/ Marla R. Margolis
                      The law Office of Marla R. Margolis
                      PO Box 10039
                      Bedford, NH 03110
                      978-222-3122
                      marla@massdebtrelief.com